Case #: 3:26MJ5298

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Chandler P. Cole, being first duly sworn, hereby depose and state the following:

1.      I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so since February 2023. I am currently assigned to the Cleveland Division, Lima Resident Agency. I worked in a similar capacity in the Chicago Division. I have investigated the commission of federal crimes involving criminal offenses and national security matters to include counterintelligence investigations, counterterrorism investigations, violent crimes, crimes against children, financial crimes, and drug trafficking. Prior to employment with the FBI, I worked in a law enforcement capacity for four years investigating white collar crime and violent crime against individuals with developmental disabilities and the elderly for the Ohio Attorney General. In the course of these duties, I have participated in numerous state and federal search and arrest operations and conducted associated interviews which have resulted in the collection of evidence and admissions of multiple criminal violations.

2.      Your Affiant is investigating the on-line activities of Bradley J. **BROWN**.  As will be shown below, there is probable cause to believe that Bradley J. **BROWN** has engaged in activity constituting a Receipt and Distribution of Child Pornography in violation of 18 U.S.C. § 2252(a)(2). I am submitting this affidavit in support of an arrest warrant authorizing the arrest of Bradley J. **BROWN**.

3.      This affidavit is based upon information that Affiant has gained through training and experience, as well as upon information relayed by other individuals, including law enforcement officers. This affidavit is being submitted for the limited purpose of establishing probable cause to secure a criminal complaint. As a result, your Affiant has not included every fact known in the investigation.

## PROBABLE CAUSE

4. On Sunday, March 2, 2025, United States Secret Service (USSS) Task Force Officer Justin Craig was conducting an online investigation on the BitTorrent network for offenders sharing child pornography. An investigation was initiated for a device at IP address 71.66.249.138, because it was associated with a torrent with the infohash: fdd8ba22c1bf5384102e9d202e74730015c00b92. This torrent file references 249 files, at least one of which was identified as being a file of investigative interest to child pornography investigations.

5. Using a computer running investigative BitTorrent software, a direct connection was made to the device at IP address 71.66.249.138, hereinafter referred to as "Suspect Device". The Suspect Device reported it was using BitTorrent client software -FW6D55- FrostWire/6.13.5 libtorrent/1.2.19.0.

6. On Sunday, March 2, 2025, between 0338 hrs and 1152 hrs, a download was successfully completed of the following 125 file(s) that the device at IP address 71.66.249.138 was making available. The device at IP Address 71.66.249.138 was the sole candidate for each download, and as such, each file was downloaded directly from this IP Address. Due to the large quantity of files received the following were selected and reviewed for CSAM material. The file names and descriptions are below:

**pthc-rona_blowjob on sofa 1.MPG     J5N6TW76YXZJYSQK3NCB5OJUXZJAWDVB**

- The file is a twelve second video. The file contains a naked prepubescent female approximately 6 to 10 years of age. The female is lying on her stomach on a couch. The female is performing oral sex on a naked penis.

with rope.  The rope is wrapped around the whole body, arms, and legs. The female is eventually rolled over and penetrated in the naked vagina from behind by and adult male. It should be noted that a partial video file was obtained with the same title. It does partially play and coincides with the image collage.

7.      On March 6, 2025, TFO Craig issued a subpoena to Charter Communications for subscriber information associated with the above IP address. On March 12, 2025, Charter Communications responded with the following information:

> Name: Melissa Brown
>
> Address: 321 George St., Convoy, OH 45832

8.      On May 3, 2025, TFO Craig was conducting an online investigation on the BitTorrent network for offenders sharing child pornography. An investigation was initiated for a device at IP address 71.66.249.138, because it was associated with a torrent with the infohash: 12eb7b82b33adaf57428c64d831b91277a7d8349. This torrent file references 2025 files, at least one of which was identified as being a file of investigative interest to child pornography investigations.

9.      Using a computer running investigative BitTorrent software, a direct connection was made to the device at IP address 71.66.249.138, hereinafter referred to as "Suspect Device". The Suspect Device reported it was using BitTorrent client software -FW6D55- FrostWire/6.13.5 libtorrent/1.2.19.0.

10.     On May 3, 2025, between 2050 hrs and 2112 hrs, a download was successfully completed of 551 file(s) that the device at IP address 71.66.249.138 made available. The device at IP Address 71.66.249.138 was the sole candidate for each download, and as such, each file

was downloaded directly from this IP Address. Due to the quantity of files, the following were reviewed and described below:

**000236**

- JPG Image file containing a collage image. The image contains a prepubescent female approximately 3 to 5 years of age. The female is naked from the waist down. An individual is observed inserting a finger into her naked vagina.

**00238**

- JPG Image file containing a collage image. The image contains a prepubescent female approximately 5 to 7 years of age. The female is observed laying on her stomach on a bed.  An individual is observed placing fingers in her naked vagina and anus.

**00243**

- JPG Image file containing a collage image. The image contains a prepubescent female approximately 6 to 10 years of age. The female is naked from the waist down and utilizing a web camera. The lascivious display of her naked vagina is observed.  Fingers are also observed being placed into her naked vagina.

11.     On January 8, 2026, a query was made on the IP address 71.66.249.138 through the American Registry for Internet Numbers (ARIN). ARIN reported IP address 71.66.249.138 to be registered to Charter Communications Inc.  The port being used was the following: 2025-05-03 20:50:08 - Remote client using TCP port 62625.

12.     On January 16, 2026, TFO Craig issued a subpoena to Charter Communications for subscriber information associated with the above IP address. On January 26, 2026, Charter Communications responded with the following information:

Name: Melissa Brown

Address: 321 George St., Convoy, OH 45832

13.     On February 28, 2026, Tiffin Police Department Detective Eric England was conducting an online investigation on the Bit Torrent peer-to-peer network for offenders sharing child pornography. An investigation was initiated for a device at IP address 75.186.154.164, because it was associated with an info hash:

472C5DFD1D9BC690AC0CF4751BD11B49E079EFC2 this file references 57 files, at least one of which was identified as being a file of investigative interest to child pornography investigations.

14.     Using a computer running investigative Bit Torrent software, a direct connection was made to the device at IP address 75.186.154.164, hereinafter referred to as the "Suspect Device." A download was successfully completed of 57 files that the device IP address 75.186.154.164 made available or shared. The device at IP address 75.186.154.164 was the sole candidate for each download, and as such, each file was downloaded directly and solely from this IP address. The following three files were reviewed and described below:

**File Name:** Baby J-Captive

- Approximately two-minute and one second video depicting prepubescent female, on her back with her feet up in the air, restrained by her ankles and an adult male penis penetrating a pre-pubescent female vaginally. The adult male moves penis to penetrate the pre-pubescent female anally and an adult male penetrates the female's vagina with his

Case #: 3:26MJ5298

fingers. The adult male penis moves back to penetrating the female vaginally. The adult male then ejaculates on to the pre-pubescent female's stomach.

**File Name:** Baby J-Flower

- Approximately a one minute thirty-nine second video that begins with a pre-pubescent female laying on her back, with denim around her stomach and an adult male penis penetrating her vaginally. The video then jumps to a pre-pubescent female bent over and spreading her buttock apart. An adult male penis is seen penetrating her vaginally.

**File Name:** Baby J-Fucking-Single-File

- Approximately 17-minute 27 second video depicting a pre-pubescent female, taking off their clothing and exposing their genitalia. Many of the compilation videos show minor female and/or males name and age. Adult penises penetrating pre-pubescent female vaginally and anally. There is also multiple pre-pubescent males and pre-pubescent females engaging in oral sex with adult males and with each other.

15.     In March 2026, your Affiant and other members of the FBI were conducting proactive investigative work into peer-to-peer sharing. Agents from the FBI identified IP address 75.186.154.164 as a receiver and distributer of child sexual abuse material. Agents from the FBI spoke with members of the USSS about 75.186.154.164 and they indicated they were investigating the IP, and previously investigated IP Address 71.66.249.138.

16.     Agents from the FBI served an administrative subpoena to Charter Communications for IP Address 75.186.154.164 and Charter Communications responded with the following information:

Name: Melissa Brown

Address: 321 George St., Convoy, OH 45832

17.	On June 30, 2026, Affiant was conducting proactive measures into peer-to-peer sharing and IP Address 75.186.154.164 had shared or received multiple files from BitTorrent as of June 26, 2026.

18.	On June 30, 2026, Affiant spoke with FBI TFO Austin McIntosh, a Van Wert Police Department Police Officer, and TFO McIntosh was familiar with Melissa Brown and believed she may have a spouse. A search through the Ohio Law Enforcement Gateway (OHLEG) for 321 George St., Convoy, OH 45832 and vehicles associated with Melissa Brown revealed Bradley Brown as a co-signer and cohabitant to the residence. An additional search of local police records for Melissa M. Brown and Bradley J. Brown identifies their address as 321 George St., Convoy, OH 45832

19.	On June 28, 2026, Charter Communications responded to a state grand jury subpoena for IP address 75.186.154.164. This IP address had the following subscriber information:

Name: Melissa Brown

Address: 321 George St., Convoy, OH 45832

20.	 On July 1, 2026, the Honorable Darrell A. Clay, United States Magistrate Judge for the Northern District of Ohio, Western Division, issued a residential search warrant for 321 George St., Convoy, OH 45832 in case number 3:26MJ5297.

21.	On July 2, 2026, members of the FBI Toledo Violent Crimes Against Children Task Force, FBI Lima RA, and local law enforcement executed the search warrant at 321 George St., Convoy, OH 45832. Bradley J. **BROWN** was enroute to his place of employment in Fort Wayne, IN during the warrant execution, but other members of the household were present. Investigators located a desktop computer in the garage. TFO Duane Isabell conducted an on-

scene preview of the computer and located child sex abuse material (CSAM) on the device. The on-scene preview of the device also revealed that the computer is linked to a Samsung handheld device owned by **BROWN**.

22.      Your Affiant and FBI SA Alex Hunt traveled to Fort Wayne, IN and interviewed **BROWN**. Your Affiant Mirandized **BROWN**, and he agreed to speak with investigators. During the interview, **BROWN** admitted to viewing CSAM and having it on his computer which was recovered from the garage. **BROWN** indicated he is the only household member who uses the computer in the garage.

Respectfully submitted,

_____
Chandler P. Cole
Special Agent, FBI

Sworn to by video or telephone after submission by
reliable electronic means, per Crim R. 41(d)(3) and 4.1
on this __2nd__ day of July, 2026.

_____
DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE